# UNITED STATES DISTRICT COURT

## District of Minnesota

Roberto Gregorio Castelo Andino,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Tollefson,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-637 (LMP/LIB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Roberto Gregorio C. A.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;
2. The Government is **ORDERED** to release Roberto Gregorio C. A. from custody by no later than 5:00 p.m. on Thursday, January 29, 2026; and
3. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than 12:00 p.m. on Friday, January 30, 2026.

Date: 1/28/2026

KATE M. FOGARTY, CLERK